IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JAFRON L. ROBERTS, #203541**                                                      **PETITIONER**

vs.                                                     CIVIL ACTION No.: 3:25-CV-132-HTW-MTP

**BURL CAIN, MDOC COMMISSIONER**                                              **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge Michael T. Parker **[Docket no. 10]**. In his Report and Recommendation, filed on November 6, 2025, Magistrate Judge Parker recommended that the Petitioner's habeas petition be dismissed with prejudice.  Judge Parker directed the parties to file any objections to his recommendation within fourteen (14) days. No objection was filed.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 10]**, this court finds it well-taken; therefore, this Court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

**IT IS THEREFORE ORDERED that** this the Petition for Writ of Habeas Corpus [Docket no. 1], filed by petitioner Jafron L. Roberts hereby is **DISMISSED with PREJUDICE**.

**SO ORDERED** this the 2nd day of March, 2026.

                                       /s/HENRY T. WINGATE
                                       **UNITED STATES DISTRICT COURT JUDGE**